IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TYRONE HARRIS                                                                      PLAINTIFF

v.                                        Case No. 4:23-cv-4086

SHERIFF WAYNE EASLEY, *et al*.                                          DEFENDANTS

## ORDER

Before the Court is Plaintiff's Motion to Dismiss.  ECF No. 16.  Plaintiff seeks to dismiss his complaint (ECF No. 3) without prejudice.  Defendants have not responded in opposition to the instant motion, and the time to do so has passed.  *See* Local Rule 7.2(b).

"Except as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper."  Fed. R. Civ. P. 41(a)(2).[1]  Defendants have not contested Plaintiff's request to dismiss this matter without prejudice.  Accordingly, the Court finds that Plaintiff's Motion to Dismiss (ECF No. 16) should be and is hereby **GRANTED**.  This matter is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 6th day of June, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge

---

[1] Defendants have served an answer, and the instant motion is not signed by all parties who have appeared.  Therefore, this matter may not be dismissed by Plaintiff without a Court order.  See Fed. R. Civ. P. 41(a)(1).